## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Vance Herman, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| James Sayler, et al., | ) | Case No. 1:22-cv-203 |
| | ) | |
| Defendant. | ) | |

The Clerk's office shall file Plaintiff's complaint but take no further action pending further instruction from the court as the court is in the process of reviewing Plaintiff's complaint as mandated by 28 U.S.C. § 1915A.

**IT IS SO ORDERED.**

Dated this 22nd day of December, 2022.

                                                      */s/ Clare R. Hochhalter*
                                                      Clare R. Hochhalter, Magistrate Judge
                                                      United States District Court.